Opinion issued September 4, 2008

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00475-CV






IN RE MICHAEL C. SCALLY, M.D., Relator






Original Proceeding On Petition For Writ Of Mandamus And Writ of
Prohibition






MEMORANDUM OPINION (1)


By petition for writ of mandamus and writ of prohibition, relator, Michael C.
Scally, seeks relief to vacate the trial court's June 4, 2008 order, claiming that the trial
court lacked jurisdiction to revive a cause that Scally contends had been dismissed. 

We deny the petition for writ of mandamus and writ of prohibition. See
Lehmann v. Har-Con Corp., 39 S.W.3d 191, 205-06 (Tex.2001). We overrule all
pending motions as moot. 

Per Curiam


Panel consists of Justices Nuchia, Alcala, and Hanks. 

1. The underlying case is In the Interest of Michael B. Scally, Brett D. Scally and Brittany N.
Scally, Minor Children, Cause No. 1990-01012, in the 312th Judicial District Court of Harris
County, Texas, the Hon. David Farr, presiding.